### Charles Bogardus v. Phœnix Manufacturing Company.

This case is controlled by the decision in Bogardus v. Phœnix ` Mfg. Co., *ante,* p. 456.

Assumpsit. Appeal from the Circuit Court of Ford county; the Hon. THOMAS M. HARRIS, Judge, presiding. Heard in this court at the November term, 1906. Affirmed. Opinion filed June 1, 1907.

M. H. CLOUD and KERR & LINDLEY, for appellant.

P. E. BEACH and F. M. THOMPSON, for appellee; BUNDY & WILCOX, of counsel.

PER CURIAM. The questions here involved are identical with those discussed in Bogardus v. Phœnix Manufacturing Company, *ante,* p. 456, and the holdings therein announced are decisive of this case. The

judgment in favor of appellee in the sum of $1,122.50 is affirmed.

*Affirmed.*

Appellant's motion to tax cost of blue print to appellee is allowed.